UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LUIS KLEVER HUANGA HUANGA,                       :

                                                                   :     <u>ORDER</u>
                                 Petitioner,
                                                              :     22 Civ. 1301 (AT) (GWG)
    -v.-
                                                                  :

THOMAS DECKER et al.,                            :

                                                                  :
                              Respondents.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The Court assumes that the Government's response to the merits of the petition is reflected in Docket # 18. The petitioner's reply, if any, shall be filed on or before March 11, 2022.

      If the Court's assumption regarding the Government's response is incorrect, the Government should inform the undersigned promptly.

      SO ORDERED.

Dated:  February 25, 2022
           New York, New York

                                                                      _____
                                                                      GABRIEL W. GORENSTEIN
                                                                      United States Magistrate Judge