USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2022

# GOLDBERGER & DUBIN

ATTORNEYS AT LAW
401 BROADWAY, STE 306, NEW YORK, N
(212) 431-9380
www.goldbergerdubin.com

PAUL A. GOLDBERGER*
LAWRENCE A. DUBIN*§
EDGAR L. FANKBONNER*

* MEMBER OF NY BAR
§ MEMBER OF NJ BAR

*Via ECF*                                                                                      May 9, 2022

Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

                Re:   *Huanga Huanga v. Decker, et al.*
                       Civ. No. 22-1301 (AT)

Dear Judge Torres:

     I represent Luis Klever Huanga Huanga, the petitioner in the above-referenced Petition for a Writ of Habeas Corpus.

     I am writing to respectfully request that the Court grant an extension of my time to submit my objections to the Report and Recommendation of Magistrate Judge Gabriel W. Gorenstein.

     Judge Gorenstein's Report and Recommendation was entered on April 19, 2022. Due to an administrative error on our part, the Court's ECF bounce did not reach me at that time, and I did not become aware that the Report and Recommendation had been entered until today, when I searched for another item related to Mr. Huanga's case and found it in a folder where it should not have been.

     I have spoken to Respondent's counsel, Assistant U.S. Attorney Rebecca Friedman, who stated that she does not object to an extension of time until April 16, 2022 for the submission of my objections to the Report and Recommendation.

     I apologize to the Court for this error and for any inconvenience that may have resulted from it. I pray that Your Honor grant this request so that we may protect Mr. Huanga's rights by filing our objection.

GRANTED. By **May 16, 2022**, Petitioner may file his objections.

SO ORDERED.

Dated: May 10, 2022
       New York, New York

                                                        ANALISA TORRES
                                                  United States District Judge