USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/22/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS KLEVER HUANGA HUANGA,

               Petitioner,

-against-

THOMAS DECKER, Director, New York Field Office, U.S. Immigration and Customs; ALEJANDRO MAYORKAS, Secretary, U.S. Secretary of Homeland Security; MERRICK GARLAND, U.S. Attorney General; CARL E. DUBOIS, Sheriff, Orange County,

               Respondents.

22 Civ. 1301 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the Government's letter dated November 14, 2022. ECF No. 33. By **December 6, 2022**, Petitioner shall file his response.

      SO ORDERED.

Dated: November 22, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge